| | |
|---|---|
| 1 | Raj V. Abhyanker, California SBN 23328 |
| 2 | raj@legalforcelaw.com |
| 3 | LEGALFORCE RAPC WORLDWIDE, P.C. |
| 4 | 1580 W. El Camino Real, Suite 10 |
| | Mountain View, CA 94040 |
| 5 | Telephone:   (650) 965-8731 |
| | Facsimile:   (650) 989-2131 |
| 6 | |
| 7 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C. | Case No.: 25-cv-07921-CRB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT ONSTARTUPS LLC ONLY** |
| v. | |
| SQUADHELP LLC and DOES 2-5, | |
| Defendants. | |

PLAINTIFF LEGALFORCE RAPC WORLDWIDE, P.C. HEREBY GIVES NOTICE THAT, subject to the terms of a confidential resolution between Plaintiff and OnStartups LLC,

1. Plaintiff voluntarily dismisses with prejudice all causes of action asserted against Defendant OnStartups LLC only in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. This dismissal affects only OnStartups LLC. All claims and parties remaining in this action, including claims against Squadhelp LLC and Does 2–5, are not dismissed and shall proceed.

3. Each of Plaintiff and OnStartups LLC shall bear its own attorneys' fees and costs unless otherwise agreed in their confidential resolution.

Respectfully submitted this Thursday October 30, 2025.

LEGALFORCE RAPC WORLDWIDE, P.C.
By __/s/ Raj V. Abhyanker_____
Raj V. Abhyanker
California State Bar No. 233,284
Attorney for Plaintiff:
LegalForce RAPC Worldwide, P.C.