UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.<br><br>Plaintiff,<br><br>v.<br><br>SQUADHELP LLC, and DOES 1-5,<br><br>Defendants. | Case No.: 3:25-cv-07921-CRB<br><br>**DECLARATION OF RAJ V. ABHYANKER REGARDING DISCOVERY-RELATED STIPULATIONS** |

1. I, Raj V. Abhyanker, declare as follows:

2. I am an attorney at LegalForce RAPC Worldwide, P.C., counsel of record for Plaintiff Mando International, LLC d/b/a Kappa Nutrition Labs ("Plaintiff") in this action pending in the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:25-cv-07921-CRB

3. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

4. This Declaration is submitted pursuant to Magistrate Judge Sallie Kim's January 29, 2026, Order Regarding Discovery Related Stipulations (Dkt. 34),

which requires the parties to indicate whether their proposed discovery orders are based on the Court's model orders and to provide a redline comparison explaining any deviations.

**A. Stipulated Protective Order**

5. The parties' proposed Stipulated Protective Order is substantially based on the Northern District of California's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets.

6. **Exhibit A** is a true and correct copy of the parties' proposed Stipulated Protective Order.

7. **Exhibit B** is a redline comparison showing the differences between the proposed Stipulated Protective Order and the Court's model protective order.

8. The proposed Stipulated Protective Order follows the structure, numbering, and substantive provisions of the Court's model order. The deviations from the model consist of:

- The inclusion of case-specific identifying information;
- The omission of optional provisions expressly identified as optional in the model order and not applicable to this case, including provisions relating to prosecution bars, source code, export control, and designated house counsel; and
- Minor non-substantive formatting or clarification edits that do not alter the scope of the protections provided.

**B. ESI STIPULATION**

9. The parties' Agreement Regarding Discovery of Electronically Stored Information and [Proposed] Order is based on the Northern District of California's Model Stipulated Order Re: Discovery of Electronically Stored Information.

10. **Exhibit C** is a true and correct copy of the parties' proposed ESI Stipulation is attached hereto.

11. **Exhibit D** is a redline comparison showing the differences between the proposed ESI Stipulation and the Court's model ESI order is attached hereto.

12. The deviations from the model ESI order reflect case-specific agreements of the parties, including:

- Identification of initial custodians reasonably likely to have relevant ESI;
- Agreements concerning production format, metadata, and de-duplication;
- Proportional limitations on preservation and accessibility pursuant to Fed. R. Civ. P. 26(b); and
- Clarifications intended to streamline ESI discovery and reduce unnecessary burden and expense.

13. All deviations from the Court's model orders were made in good faith for the purpose of tailoring discovery procedures to the needs of this case.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 30, 2026                          Respectfully submitted,
                                                 LEGALFORCE RAPC WORLDWIDE P.C.

| | |
|---|---|
| 1 | /s/ Raj V. Abhyanker |
| 2 | Raj V. Abhyanker |
| | Attorney for Plaintiff: |
| 3 | LegalForce RAPC Worldwide, P.C |

3
DECLARATION OF RAJ V. ABHYANKER REGARDING DISCOVERY-RELATED
STIPULATIONS
Case No. 3:25-cv-07921-CRB