Raj V. Abhyanker, California SBN 23328
*raj@legalforcelaw.com*

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorney for Plaintiff
Legalforce RAPC Worldwide, P.C.

James R. Michels (Admitted *Pro Hac Vice*)
*randy@trusttree.com*
Kevin P. Hartley (Admitted *Pro Hac Vice*)
*kevin@trusttree.com*
TRUST TREE LEGAL, P.C.
798 Berry Road, #41400
Nashville, Tennessee 37204
Telephone: (615) 852-8408

Ned M. Gelhaar (SBN 163185)
*ngelhaar@epglawyers.com*
ENENSTEIN PHAM GLASS & RABBAT
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
Telephone: (310) 899-2070

Attorneys for Defendant
Squadhelp LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C., | Case No. 25-cv-07921-CRB |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJDUICE AND [~~PROPOSED~~] ORDER** |
| v. | |
| SQUADHELP LLC, ONSTARTUPS LLC and DOES 2-5, | |
| Defendants. | |

Stipulation for Dismissal With Prejudice and [~~Proposed~~] Order - Case No. 25-cv-07921-CRB

Doc ID: 29cfcce5cd3b2c2204b07f17d6ae8c62500c5904

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between Plaintiff LegalForce RAPC Worldwide, P.C. and Defendant Squadhelp LLC, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to Squadhelp LLC pursuant to Fed. R. Civ. P. 41(a)(2). Each party shall bear its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

IT IS SO STIPULATED.

DATED: 02 / 03 / 2026                    TRUST TREE LEGAL, P.C.

*James R. Michels*

James R. Michels (Admitted *Pro Hac Vice*)
randy@trusttree.com
Kevin Hartley (Admitted *Pro Hac Vice*)
kevin@trusttree.com

ENENSTEIN PHAM GLASS & RABBAT

Ned M. Gelhaar (SBN 163185)
ngelhaar@epglawyers.com

Attorneys for Defendant
Squadhelp LLC

DATED: 02 / 04 / 2026                    LEGALFORCE RAPC WORLDWIDE P.C.

Raj V. Abhyanker (SBN 233284)

Attorney for Plaintiff
LegalForce RAPC Worldwide P.C.

2

Stipulation for Dismissal With Prejudice and [Proposed] Order - Case No. 25-cv-07921-CRB
Doc ID: 29cfcce5cd3b2c2204b07f17d6ae8c62500c5904

## ATTESTATION

Pursuant to N.D. Cal. Local Rule 5-1(I)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

s/James R. Michels
Attorney for Squadhelp LLC

3

Doc ID: 29cfcce5cd3b2c2204b07f17d6ae8c62500c5904

## [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that this action be dismissed with prejudice. Parties to bear their own costs.

Dated:   February 4, 2026

_____

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

4

Doc ID: 29cfcce5cd3b2c2204b07f17d6ae8c62500c5904